UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LORENZO ROSARIO-DE-LA-CRUZ,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1681 (JAF)

(Criminal No. 98-020)

**J U D G M E N T**

Pursuant to the terms and conditions of an Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition. Rules 2 and 4, <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 23rd day of August, 2005.

                        S/José Antonio Fusté
                        JOSE ANTONIO FUSTE
                Chief U. S. District Judge