Para un Justo Juez
Honorable y querido
José Antonio Fusté

RECEIVED & FILED 11/18/2005
'5 NOV 18 PM 1:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Soy un Padre de familia que le escribe con el alma
un criminal, pero mil veces arrepentidos de mi herror.

Soy quien con lágrimas, Dolor y muchos temor de perder mi familia le suplica, Ruega he Implora, que por favor analise nuevamente mi caso, y en el encontrará herrores cometidos por yo no haber tenido una buena defensa.

Igualmente se me ofreció una nueva Resentencia por haber cooperado con el gobierno y Nunca la he resivido.

Siendo usted un Juez tan Justo le pido su ayuda y que tenga piedad de mi, porque mi hogar se me está perdiendo y temo perder mis hijos y mi sueño de alludarlo para que en el mañana seamos todos personas de bien.

La minima alluda que usted pueda

darme estaré extremamente agradecido pero por favor «ayúdeme»

¡Que Dios les continúa bendiciendo siempre!

Muchas gracias.

Cordialmente

Lorenzo de Jesús Rosario de la Cruz

C 98 020 001