Lorenzo Rosario
FPC Schuylkill #15626-069
P.O. Box 670
Minersville, PA 17954-0670

HARRISBURG PA 171

09 NOV 2005 PM 1 L



TO: Honorable Juez
José Anitonio Fusté
Edificio Federal Ofic 150
Ave. Chardón Hato Rey
Puerto Rico 00918-1767

00918+1339