Honorable Jose Antonio Fuste
District Judge
143 Federal Building
Office # 150
Carlos Chardon Ave.
San Juan, Puerto Rico    00918

Ref:   LORENXO DeJESUS ROSARIO
       CR # 98-020-001

Dear Judge Fuste;

    I write you this letter seeking help in obtaining transcripts of my entire case. I am indigent and have no one else to turn to.

    I am extremely concerned about my citizenship papers, passport and drivers liscense. If these are not returnable, please tell me where I can retrieve them upon completion of this sentence.

My home address is as follows:

    Stree 524 Bldg. 190 # 25
    5th Extencion
    Villa Carolina
    Carolina, Pureto Rico    00985

    I trust you will expedite if possible all papers that I am in need of and thank you in advance for your help and time.

    Respectfully Submitted

    *[signature]*
    Lorenzo DeJesus Rosario

*[Stamp: RECEIVED AND FILED, 2007 MAY 11 PM 3:35, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.]*