IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**LORENZO DE JESUS ROSARIO,**<br><br>Defendant. | Criminal No. 98-020(JAF) |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO RETURN PROPERTY**

COMES NOW the United States of America by and through the undersigned attorneys and very respectfully alleges, states, and prays:

Defendant, Lorenzo De Jesus Rosario, contacted the Court requesting return of certain personal property, to wit, citizenship papers, passport and driver's license. The undersigned contacted the Special Agent in Charge, of the investigating agency, the Drug Enforcement Administration, who advised of the status of the subject property. (See Attachment, copy of letter) According to that official, defendant's citizenship documents and driver's license were destroyed on February 18, 2000, in accordance with its policies. The passport was returned to the U. S. Department of State on March 6, 2000. Defendant, according to the DEA, was advised of the disposition of his belongings.

WHEREFORE, it is respectfully requested that the Honorable Court deny the defendant's motion for return of the documents.

In San Juan, Puerto Rico, this 8th day of August 2007.

        Respectfully submitted,

        ROSA EMILIA RODRIGUEZ VELEZ
        UNITED STATES ATTORNEY

        s/*Vernon Benét Miles*
        Vernon Benét Miles
        Assistant U.S. Attorney
        Torre Chardón, Suite 1201

350 Chardon Ave.
San Juan, PR 00918
Tel. (787) 766-5656

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on I filed the foregoing Government's Response In Opposition To Defendant's Motion To Return Property with the Clerk of the Court using the CM/ECF system, which will send notification of such filing. Further, a copy of the foregoing will be mailed to defendant at his home address:

> Street 524, Building 190, # 25
> 5th Extension
> Villa Carolina
> Carolina, PR 00985

In San Juan, Puerto Rico, this 8th day of August 2007.

> s/ *Vernon Benét Miles*
> Vernon Benét Miles
> Assistant United States Attorney