**U. S. Department of Justice**
Drug Enforcement Administration

Caribbean Division
P.O. Box 2167
San Juan, Puerto Rico 00922

www.dea.gov

June 11, 2007

Rosa Emilia Rodriguez-Velez
United States Attorney
District of Puerto Rico
Torre Chardon, Suite 1201
150 Carlos Chardon Street
San Juan, Puerto Rico  00918

Dear Ms. Rodriguez-Velez:

Reference is made to your letter dated May 21, 2007, regarding U.S. v. Lorenzo De Jesus Rosario de la Cruz, 98-20.

On February 18, 2000, in accordance to DEA Agents Manual Chapter 62, section 6232.32, the citizenship documents and drivers license were destroyed. As for the passport, on March 6, 2000, it was turned over to the U.S. Department of State.

It should be noted that the investigative file closure process re this investigation was finalized on May 19, 2000. I have informed Mr. Lorenzi De Jesus about the disposition of his belongings.

Sincerely,

Jerome M. Harris
Special Agent in Charge



MAY 25 2007

U.S. Department of Justice

*Rosa Emilia Rodríguez-Vélez*
*United States Attorney*
*District of Puerto Rico*

Torre Chardón Building, Room 1201    (787) 766-5656
350 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918

May 21, 2007

Jerome Harris
Special Agent-in-Charge
Drug Enforcement Administration
P.O. Box 2167
San Juan, Puerto Rico 00922-2167

Re: <u>U. S.v. Lorenzo De Jesús Rosario de la Cruz, 98-20 (JAF)</u>

Dear Mr. Harris:

The purpose of this correspondence is to solicit your assistance in attempting to locate and return certain personal property of the above referenced defendant that may be in the possession of your agency. Enclosed you will find a copy of Rosario de la Cruz' letter to the court where he inquired of his citizenship papers, passport, and driver's license. The court issued an order for the Government to return the subject property. According to the file, the case agents might have been SA Rafael Rodríguez and/or Palo de Robles, but I am unaware whether either of these persons are presently assigned here in Puerto Rico.

In any event, please have someone check the file and evidence seized in this case and inform me whether or not DEA has the subject items. Please advise me no later than June 1st and I, in turn, will inform the court of the status of this matter. Thank you.

Sincerely,

Rosa Emilia Rodríguez-Vélez
U.S. Attorney

Vernon Benét Miles
Assistant U.S. Attorney

Enclosure

Miles, Vernon (USAPR)

From: prd_docketing@prd.uscourts.gov
Sent: Wednesday, May 16, 2007 5:06 PM
To: prd_docketing@prd.uscourts.gov
Subject: Activity in Case 3:98-cr-00020-JAF USA v. Rosario-de-la-Cruz "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mrj, entered on 5/16/2007 at 5:05 PM AST and filed on 5/16/2007

**Case Name:**  USA v. Rosario-de-la-Cruz
**Case Number:**  3:98-cr-20
**Filer:**
**Document Number:** 158

**Docket Text:**
ORDER as to Lorenzo De Jesus Rosario-de la Cruz re [157] MOTION Requesting Transcripts; MOTION for Return of Property/PostTrial filed by Lorenzo De Jesus Rosario-de la Cruz. The Government and the U.S. Probation Office to check their files looking for documents of the kind requested by defendant. Any documents belonging to him must be returned. Fifteen days to report on findings. Set Deadlines: **Notice of Compliance Deadline due by 6/4/2007** Motions terminated as to Lorenzo De Jesus Rosario-de la Cruz: [157]. MOTION Requesting Transcripts; MOTION for Return of Property/PostTrial. Signed by Judge Jose A Fuste on 5/15/07. (mrj, )

The following document(s) are associated with this transaction:

**3:98-cr-20-1 Notice will be electronically mailed to:**

Vernon Benet Miles    vernon.miles2@usdoj.gov, arlene.rosado@usdoj.gov

**3:98-cr-20-1 Notice will be delivered by other means to:**

5/16/2007

Honorable Jose Antonio Fuste
District Judge
143 Federal Building
Office # 150
Carlos Chardon Ave.
San Juan, Puerto Rico    00918

Ref: LORENXO DeJESUS ROSARIO
     CR # 98-020-001

Dear Judge Fuste;

    I write you this letter seeking help in obtaining transcripts of my entire case. I am indigent and have no one else to turn to.

    I am extremely concerned about my citizenship papers, passport and drivers liscense. If these are not returnable, please tell me where I can retrieve them upon completion of this sentence.

My home address is as follows:

    Stree 524 Bldg. 190 # 25
    5th Extencion
    Villa Carolina
    Carolina, Pureto Rico    00985

    I trust you will expedite if possible all papers that I am in need of and thank you in advance for your help and time.

Respectfully Submitted

Lorenzo DeJesus Rosario

*[Stamp: RECEIVED AND FILED 2007 MAY 11 PM 3:35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*