IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>    v.<br><br>**LORENZO ROSARIO-DE LA CRUZ**<br>Defendant | Criminal case no. 98-020 (JAF) |

## INFORMATIVE MOTION

TO THE HONORABLE JOSE A. FUSTE
UNITED STATES CHIEF JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, the Defendant, **Mr. Lorenzo Rosario De la Cruz,** by and through the undersigned attorney, and before this Honorable Court respectfully notifies that a retroactivity package was received as well as a Recommendation, filed by the Probation Office, regarding the applicability of the crack amendment to the case at hand. Regardless of the recommendation made by the Probation Office, the defendant still requests a reduction on his sentence, based on the crack amendment (18 U.S.C. 3582 (c)(2)).

RESPECTFULLY SUBMITTED.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the, Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 1st day of July, 2008.

> **JOSEPH C. LAWS, JR.**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> *S/Melanie Carrillo Jiménez*
> Melanie Carrillo-Jiménez
> Assistant Federal Public Defender
> USDC-PR 225107
> 241 F.D. Roosevelt Ave.
> Hato Rey, P.R. 00918-2441
> (787) 281-4922/ Fax (787) 281-4899
> E-mail: Melanie_Carrillo@fd.org