# UNITED STATES DISTRICT COURT
for the

_____ District of  Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **LORENZO DE JESUS ROSARIO DE LA CRUZ** | ) Case No: 98-CR-0020-001 (JAF) |
| | ) *USM No: 15626-069 |
| Date of Previous Judgment: SEPTEMBER 15, 1999 | ) RAFAEL ANGLADA, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This is a powder cocaine case where the defendant was held responsible for 200 kgs. of cocaine, not a crack cocaine case.  The crack cocaine retroactivity amendments are not applicable.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 3, 2008                                    s/José A. Fusté
                                                            Judge's signature

Effective Date: _____                                     JOSE A. FUSTE, U.S. DISTRICT JUDGE
(if different from order date)                              Printed name and title