UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**   August 5, 2008

**DC #:**   98-020   (JAF)

**APPEAL FEE PAID:**   YES ____   NO __X__

**CASE CAPTION:**   USA   v.   Rosario-De-La-Cruz
Defendant:   Lorenzo De Jesús Rosario-De-La-Cruz  (1)

**IN FORMA PAUPERIS:**   YES __X__   NO ____

**MOTIONS PENDING:**   YES ____   NO __X__

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Amended Order dated 07/03/08 and entered on 07/07//08

**SPECIAL COMMENTS:**   Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                     **VOLUMES:**

**Docket Entries   1-151, 155-157, 162-169**                                                        I

**Docket Entry   164   (Sealed)**                                                                   II


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

        FRANCES RIOS DE MORAN
        Clerk of the Court


        S/ Xiomara Muñiz
        Xiomara Muñiz
        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:        _____
s/c:   CM/ECF Parties, Appeals Clerk